**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAN DAVIDSON, a citizen of California,<br><br>Plaintiff,<br>vs.<br><br>ETSY, INC. a Delaware corporation, PRINTFUL, INC., a Delaware corporation; YONG JAE CHONG DBA WET NOSE DSIGN STUDIO, and DOES 1 thru 10 inclusive,<br><br>Defendants. | Case No. 2:18-CV-09955-RSWL-SK<br><br>FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION |

Plaintiff Jan Davidson ("Plaintiff") and Defendant Yong Jae Chong ("Defendant Chong") having stipulated and jointly moved for entry of final judgment as follows:

///

///

WHEREAS, Plaintiff and Defendant Chong entered into a Settlement Agreement ("Settlement Agreement") that disposed of all the remaining claims in this Action; and

WHEREAS, pursuant to the Settlement Agreement, Plaintiff and Defendant Chong have agreed to the entry of a Final Consent Judgment and Permanent Injunction that will provide as follows:

1. That this Court has subject matter jurisdiction over this action as well as personal jurisdiction over Plaintiff and Defendant Chong.

2. That venue is proper in this Judicial District.

3. That Plaintiff Jan Davidson is the owner of U.S. Copyright Registration No. VA 2- 070-9591-945-025, Dated April 12, 2017 entitled. "BEER EYE CHART"

4. That the Copyright-in-suit is valid and duly issued by the US Copyright Office.

5. Pursuant to the Copyright Act, 17 U.S.C. § 501, Defendant Chong together with his officers, members, directors, agents, servants, employee and affiliates thereof, representative and attorneys, and all persons acting or attempting to act in concert or participation with them, are permanently enjoined and restrained from making, using, offering to sell, selling, or distributing within the United States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the Copyrights-in-suit or trademark-in-suit, during the life of the Copyrights-in-suit.

6. The Final Judgment shall be entered in favor of Plaintiff against Defendant Chong on Plaintiff's causes of action for infringement of the Copyrights-in-suit.

7. That the claims asserted in this litigation, be dismissed with prejudice.

8. That no other or further relief be granted to Plaintiff or Defendant Chong with respect to each other.

9. That Plaintiffs and Defendant Chong affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

10. That each party will bear its own costs and attorneys' fees for this action.

11. That this Court retain jurisdiction to monitor and enforce compliance with this Permanent Injunction.

IT IS SO ORDERED, DECREED, AND ADJUDGED THAT FINAL JUDGMENT IS HEREBY ENTERED.

The Clerk shall close this action.

DATED: 3/8/2019          s/ RONALD S.W. LEW
Hon. Ronald S.W. Lew
U.S. District Judge